NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCED VOICE RECOGNITION SYSTEMS, INC.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2021-1745

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01352.

---

**JUDGMENT**

---

ERIC WILLIAM BUETHER, Buether Joe & Counselors, LLC, Dallas, TX, argued for appellant. Also represented by MICHAEL WILLIAM DOELL, KENNETH PAUL KULA.

BRIAN ROBERT MATSUI, Morrison & Foerster LLP, Washington, DC, argued for appellee. Also represented by JOSEPH R. PALMORE, SETH W. LLOYD; HECTOR G. GALLEGOS, BITA RAHEBI, Los Angeles, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, STOLL, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 15, 2022                /s/ Peter R. Marksteiner
Date                         Peter R. Marksteiner
                             Clerk of Court